STATE of Missouri, Plaintiff/Respondent,

v.

**Michael WHITFIELD,
Defendant/Appellant.**

**No. 63797.**

Missouri Court of Appeals,
Eastern District,
Division Four.

July 26, 1994.

Rehearing Denied Oct. 31, 1994.

Sandra Moore–Dyson, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., F. Martin Dajani, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and CARL R. GAERTNER and AHRENS, JJ.

PER CURIAM.

Defendant was charged with eight counts: second degree felony murder, first degree robbery, first degree assault, attempted first degree robbery, and four counts of armed criminal action. A jury found defendant guilty of the murder, robbery, and assault, as well as the three related armed criminal action offenses. The jury found defendant not guilty of the attempted robbery and its related armed criminal action count.

No jurisprudential purpose would be served by a written opinion. However, the

parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).